IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ROSA ROHLOFF                                                                PLAINTIFF

V.                                                      CIVIL ACTION NO. 2:07CV79-B-A

BARDEN DEVELOPMENT, INC.,
D/B/A FITZGERALD'S CASINO/HOTEL
TUNICA, MISSISSIPPI; THE MAJESTIC
STAR CASINO, LLC; AND BARDEN MISSISSIPPI
GAMING, LLC, D/B/A FITZGERALD'S
TUNICA                                                                      DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED**

that the motion for summary judgment filed by defendant Barden Mississippi Gaming, LLC, d/b/a Fitzgerald's Tunica is **GRANTED**;

that the motion for summary judgment filed by defendants Barden Development, Inc., and The Majestic Star Casino, LLC, is **GRANTED**; and

that this case is hereby **DISMISSED with prejudice**.

This, the 4th day of November, 2008.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**